# Attachment 4

POLITICO

POLITICO

## POLITICO
# Morning Education

*Delivered daily by 10 a.m., Morning Education examines the latest news in education politics and policy.*

✉ ne Morning Education Newsletter

Your email…

By signing up you agree to receive email newsletters or alerts from POLITICO. You can unsubscribe at any time. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# Alexander, DeVos split on stimulus support for private school kids

By **NICOLE GAUDIANO** | 05/22/2020 10:00 AM EDT

*With help from Michael Stratford*

*Editor's Note: Morning Education is a free version of POLITICO Pro Education's morning newsletter, which is delivered to our subscribers each morning at 6 a.m. The POLITICO Pro platform combines the news you need with tools you can use to take action on the day's biggest stories.* **Act on the news with POLITICO Pro.**

**QUICK FIX**

**— Education Secretary Betsy DeVos defended her effort to boost the share of stimulus support for private school students,** even as Senate HELP Chairman Lamar Alexander (R-Tenn.) expressed reservations of her interpretation of the emergency relief law.

**— Limiting liability for colleges that reopen this fall and providing greater flexibility for federal relief money** would be top Republican priorities in any coronavirus relief package that the Senate takes up, Alexander said.

**— Colleges uneasy about standardized tests taken online from home this fall are dropping their requirements for the exams,** fueling a movement to eliminate the high-stakes tests from admissions decisions altogether.

**IT'S FRIDAY, MAY 22. WELCOME TO MORNING EDUCATION.** Got news to share? Please send tips to your host at ngaudiano@politico.com or to my colleagues, Juan Perez Jr. at jperez@politico.com, Michael Stratford at mstratford@politico.com and Bianca Quilantan at bquilantan@politico.com. Share event listings: educalendar@politicopro.com. And follow us on Twitter: @Morning_Edu and @POLITICOPro.

*PROGRAMMING NOTE:* *Due to Memorial Day weekend, Morning Education will not publish on Monday, May 25. It will return Tuesday, May 26.*

### DRIVING THE DAY

**ALEXANDER, DEVOS PART WAYS ON STIMULUS GUIDANCE:** DeVos is now getting pushback from Alexander for controversial guidance calling on school districts to distribute stimulus funds to private school students more expansively than they would under regular federal education aid through Title I.

**— Her policy says schools should spend money on services for private school students** based on the total number of all students enrolled, rather than poverty levels.

**— "My sense was that the money should have been distributed in the same way** we distribute Title I money," Alexander told reporters on Thursday. "I think that's what most of Congress was expecting."

**— DeVos defended her interpretation of the law when asked by POLITICO during a video conference** to respond to Alexander's comments. "In our implementation of Congress' action under the CARES Act, we have indicated it's our interpretation that it is meant literally for all students and that includes students, no matter where they're learning," she said.

**— DeVos later said that public schools should work with their private counterparts** to understand student needs and to help provide services, such as tutoring or teacher professional development for teachers.

**— Unions and education groups have urged DeVos to revise the guidance and Jennifer McCormick,** Indiana's Republican state superintendent of public instruction, announced last week that she would reject DeVos' policy. "I will not play political agenda

games with COVID relief funds," McCormick said in a tweet. More from Michael Stratford and your host.

— **Alexander's home state of Tennessee, however, intends to follow DeVos' guidance** to avoid jeopardizing its federal funding, FOX 17 Nashville reported.

**HAPPENING JULY 16, 9 a.m. EDT – REBOOTING THE AMERICAN WORKFORCE**: Join POLITICO for a virtual discussion exploring how recovery efforts have affected different sectors of the American workforce and what measures lawmakers need to implement to help Americans get back to work. Featuring a keynote conversation with Rep. Bobby Scott (D-Va.), the chairman of the House Committee on Education and Labor, the program also includes a panel discussion with Neil Bradley, executive vice president and chief policy officer at the U.S. Chamber of Commerce, and Marianne Wanamaker, associate professor of economics at the University of Tennessee and former chief domestic economist for President Donald Trump's White House Council of Economic Advisors. REGISTER HERE.

**HIGHER EDUCATION**

**ALEXANDER EYES LIABILITY SHIELD FOR COLLEGES:** Alexander told reporters Thursday that it was an "open question of whether there'll be more funding for states and schools in a subsequent round of legislation."

— **If there is another round of coronavirus relief, Alexander said,** Republicans would "insist that liability protection be included for businesses, schools — otherwise we're not going to get back to work, back to college, back to school and out to eat."

— **Colleges have been lobbying Congress and the White House on legislation to protect them** against liability associated with reopening their campuses during the pandemic. Alexander said he had heard directly from many college leaders on the issue.

— **Another priority in any future coronavirus package, Alexander said,** would be providing greater flexibility to states and local governments on how they could use existing

relief money. He cited a proposal by Sen. John Kennedy (R-La.) to allow states to use CARES Act, H.R. 748 (116), relief money for operating expenses.

**HOW THE CORONAVIRUS CONQUERED STANDARDIZED TESTS:** The University of California system, where regents voted Thursday to suspend the SAT and ACT mandate through 2024 as the school attempts to develop its own test, joins some 80 colleges and universities that have announced they will not require standardized test scores this fall, either permanently or temporarily, as the testmakers prepare for online exams if high schools remain closed.

— **The shift away from standardized tests means more colleges could base admissions** on students' GPA, high school courses and personal essays, and ease what advocates see as longtime barriers for low-income and first-generation applicants. The heads of the ACT and SAT, however, warn an emphasis on GPAs could lead to grade inflation in well-to-do high schools, where parents can lobby teachers for better marks.

— **Cheating is also a potential issue worrying colleges and universities,** and could be exacerbated by the online at-home exams, even as testmakers insist online exams will be secure. Technical glitches plagued some online Advanced Placement exams last week and parents and students have sued challenging the results.

— **The testmakers say they are moving the tests online** as a way to ensure students have access to the high stakes admissions exams. They also say they've been working with colleges and have been relying on their guidance during the development of the new options. More from Bianca Quilantan.

### K-12

**WHAT COVID-19 IS TEACHING THE TEACHER OF THE YEAR:** Tabatha Rosproy, a public preschool teacher, on Thursday became the first early childhood educator to be named National Teacher of the Year. She told POLITICO the pandemic has taught her that "our kids need to have more individualized opportunities."

— **Rosproy said she wants to advocate for social and emotional learning and quality early childhood education for all.** Her message to President Donald Trump, she said, is that she wants to bring teacher voices to the table for all measures that affect students and teachers.

— **White House coronavirus task forces have lacked representation from educators.** But Rosproy said the continuous learning plan in Kansas has been successful

because it was led by teachers.

— **"We've been able to serve families better, we've been able to serve teachers better, because we have representatives** who are on the ground floor of where the needs are," she said. "And so that that's what I think should happen all over the country." More from your host.

### IN THE COURTS

**'AUNT BECKY' PLEADS GUILTY:** Former "Full House" star Lori Loughlin and her husband, fashion designer Mossimo Giannulli, will plead guilty today in the "Varsity Blues" college admissions scandal for paying to get their two daughters into the University of Southern California as fake rowing recruits.

— **Loughlin, 55, has agreed to a sentence of two months in prison, a $150,000 fine and two years of supervised release** with 100 hours of community service, according to the U.S. attorney's office in Boston. Loughlin had resisted a guilty plea and her sentence is steeper than those levied on parents who pled guilty early on, like "Desperate Housewives" actress Felicity Huffman. Bianca has more.

— **The video conference hearing is set for 11:30 a.m. today**. To access the hearing, members of the public must sign up.

**WINNERS PLAY THE LONG GAME**: Now more than ever, it's essential to look ahead to how society will thrive in the future. "The Long Game" is a newsletter designed for executives, investors and policymakers leading that conversation. Sustainability starts in your inbox; engage with the sharpest minds on our biggest challenges, from pandemics to environmental justice, climate change to renewable energy, inequality, and the future of work. Subscribe today for a nuanced look at these problems and possible solutions.

### MOVERS AND SHAKERS

— The American School Counselor Association announced that Executive Director Kwok-Sze Richard Wong will retire in fall 2020.

**REPORT ROUNDUP**

— A new GAO report found that campus climate surveys that examine sexual violence occurring on individual college campuses have several strengths and limitations.

— The National Center for Education Statistics is out with the Condition of Education 2020, showing the overall college enrollment rate for 18- to 24-year-olds at undergraduate or graduate institutions rose from 35 percent in 2000 to 41 percent in 2018. The congressionally mandated report also shows educational attainment rates for 25- to 29-year-olds increased at all levels between 2000 and 2019.

— Brookings has a new report with recommendations for Congress on providing coronavirus stabilization funds for schools.

**SYLLABUS**

— Great Lakes, credit bureaus hit with lawsuit over errors affecting student loan borrowers: POLITICO Pro

— Tennessee asks state Supreme Court to take over school voucher case in race to launch this year: Chalkbeat Tennessee

— Europe learning the dangers of going back to school after coronavirus: POLITICO Pro

— Mnuchin says another coronavirus bill is probably needed: POLITICO Pro

— Missouri governor not only allows graduation, but will speak: Associated Press

— Cuomo: Summer school will be done remotely, no decision on summer camps: POLITICO Pro

# Follow us on Twitter


**Jane Norman** @janenorman
**Michael Stratford** @mstratford
**Nicole Gaudiano** @ngaudiano
**Bianca Quilantan** @biancaquilan
**Juan Perez Jr.** @PerezJr

## FOLLOW US

   

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

---

© 2020 POLITICO LLC