|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON,

    Plaintiff,

v.

BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education; and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,

    Defendants.

NO. 2:20-cv-01119-MLP

ORDER GRANTING STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION [PROPOSED ORDER]

NOTED FOR: August 14, 2020

This matter came before the Court on Plaintiff State of Washington's Motion for Preliminary Injunction. The Court has considered all of the following:

    1.    Plaintiff State of Washington's Motion for Preliminary Injunction with supporting declarations and exhibits;

    2.    Defendants' Response to Plaintiff State of Washington's Motion for Preliminary Injunction;

    3.    Plaintiff State of Washington's Reply in Support of Motion for Preliminary Injunction; and

    4.    The entire record in the above-captioned matter.

ORDER GRANTING STATE OF
WASHINGTON'S MOTION FOR
PRELIMINARY INJUNCTION
[PROPOSED ORDER]
NO. 2:20-CV-01119-MLP

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Being fully apprised of the matter, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff State of Washington's Motion for Preliminary Injunction is hereby GRANTED.

The Court finds that Washington has established a likelihood of success on the merits of its claims under the Administrative Procedure Act, and the U.S. Constitution, that they would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of an injunction.

The Court, therefore, hereby GRANTS a preliminary injunction against the implementation or enforcement of the Department's Rule that directly curtails the control Congress gave Washington's Governor, OSPI, and LEAs over emergency funds to provide essential services to the neediest students. The Court finds that Congress intended for CARES Act funds to be distributed according to section 1117 of the ESEA, which measures funds to be shared with private schools based on the number of students from low-income families at those schools. If the Department's Rule were to continue to be in effect, it would irreparably injure Washington's public schools, and their students.

Thus, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, the Department of Education, its officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them, are hereby PRELIMINARILY ENJOINED from implementing or enforcing the Rule issued on July 1, 2020, that forces Washington and its school districts to choose from two formulas not found in section 1117 of the ESEA to calculate the disbursement of emergency funds, in any manner or in any respect, and shall preserve the status quo until further order of the Court.

ORDER GRANTING STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION [PROPOSED ORDER] NO. 2:20-CV-01119-MLP

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    No bond shall be required pursuant to Federal Rule of Civil Procedure 65(c).

2    It is SO ORDERED.

3    ISSUED this _____ day of _____ 2020.

                                                          THE HONORABLE

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington


_____
PAUL M. CRISALLI, WSBA No. 40681
SPENCER W. COATES, WSBA No. 49683
JEFFREY T. SPRUNG, WSBA No. 23607
R. JULY SIMPTON, WSBA No. 45869
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
paul.crisalli@atg.wa.gov
spencer.coates@atg.wa.gov
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
*Attorneys for Plaintiff State of Washington*