UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>  v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education; and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>        Defendants. | NO. 2:20-cv-01119-MLP<br><br>DECLARATION OF PAUL M. CRISALLI IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, PAUL M. CRISALLI, hereby declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am currently employed as an Assistant Attorney General with the Complex Litigation Division of the Washington State Attorney General's Office. I am one of the attorneys assigned to represent the Plaintiff in this matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the State of Washington Office of the Governor, Proclamation by the Governor 20-05, available at https://www.Governor.wa.gov/sites/default/files/proclamations/20-05%20Coronavirus%20%28final%29.pdf (last visited July 22, 2020).

3. Attached hereto as Exhibit 2 is a true and correct copy of State of Washington Office of the Governor, Proclamation by the Governor 20-09.1 (closing schools), available at

DECLARATION OF PAUL M. CRISALLI
NO. 2:20-CV-01119

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

https://www.governor.wa.gov/sites/default/files/proclamations/20-09.1%20-%20COVID-19%20School%20Closure%20Extension%20%28tmp%29.pdf 9 (last visited July 22, 2020).

4. Attached hereto as Exhibit 3 is a true and correct copy of an article authored by Drew Mikkelsen, *No school for Washington students, but districts are giving out free meals*, KING5 NEWS (5:43 PM PDT, March 16, 2020), available at https://www.king5.com/article/news/local/no-school-for-washington-students-but-districts-are-giving-out-free-meals/281-d90d37a3-b151-4494-9d6e-8a45da0aa970.

5. Attached hereto as Exhibit 4 is a true and correct copy of an article authored by Gene Balk, *More than 1 in 5 Seattle students are enrolled in private schools, among the highest in the nation*, Seattle Times (6:00 AM PDT, July 13, 2020), available at https://www.seattletimes.com/seattle-news/data/more-than-1-in-5-seattle-students-are-enrolled-in-private-schools-among-highest-in-nation/ (last accessed July 22, 2020).

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Department of Education, Title I, Part A of the Elementary and Secondary Education Act of 1965, as Amended by the Every Student Succeeds Act: Providing Equitable Services to Eligible Private Schools Children, Teachers, and Families Updated Non-Regulatory Guidance (October 7, 2019), available at https://www2.ed.gov/about/inits/ed/non-public-education/files/equitable-services-guidance-100419.pdf (last accessed July 23, 2020).

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 23rd day of July 2020, at Seattle, Washington

*/s/ Paul M. Crisalli*
PAUL M. CRISALLI, WSBA No. 40681
Assistant Attorney General

DECLARATION OF PAUL M. CRISALLI
NO. 2:20-CV-01119

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# DECLARATION OF SERVICE

I declare that I caused a copy of the foregoing document to be served by:

Hand-delivered:

> U.S. Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA 98101

FedEx Overnight:

> Betsy DeVos
> Secretary of U.S. Department of Education
> U.S. Department of Education
> Department of Education Building
> 400 Maryland Avenue SW
> Washington, DC  20202-1475

> U.S. Department of Education
> Department of Education Building
> 400 Maryland Avenue SW
> Washington, DC  20202-1475

DATED this 23rd day of July 2020, at Seattle, Washington.

*/s/ Paul M Crisalli*
PAUL M. CRISALLI, WSBA No. 40681
Assistant Attorney General

DECLARATION OF PAUL M. CRISALLI
NO. 2:20-CV-01119

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744