HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                              Plaintiff,<br><br>   v.<br><br>BETSY D. DeVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                              Defendants. | No. 2:20-cv-01119-BJR<br><br>**MOTION OF THE COUNCIL OF THE GREAT CITY SCHOOLS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND IN EXCESS OF APPLICABLE PAGE LIMITATIONS** |

The Council of the Great City Schools (hereinafter the "Council") respectfully moves for leave to file the attached *amicus curiae* brief in support of Plaintiff's motion for preliminary injunction and leave for the filed brief to exceed the page limits of the Court's Standing Order for All Civil Cases by nine pages.

The Council is a coalition of 76 of the nation's largest urban public school systems, and is the only national organization exclusively representing the needs of urban public schools. Founded in 1956 and incorporated in 1961, the Council serves as the national voice for urban educators and provides a forum to share best practices. The Council is composed of school districts with enrollments greater than 35,000 students located in cities with a population exceeding 250,000.

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF AND IN EXCESS OF APPLICABLE PAGE LIMITATIONS - 1
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Districts located in the largest city of any state are also eligible for membership, based on urban characteristics. The Council's member districts have a combined enrollment of over 8.2 million students. Headquartered in Washington, D.C., the Council promotes urban education through research, instruction, management, technology, legislation, communications, and other special projects.

The Council has prepared the attached brief because its members and the students that they serve will be harmed by the implementation of the interim final rule adopted by the U.S. Department of Education (the "Department") on July 1, 2020. *See* CARES Act Program; Equitable Services to Students and Teachers in Non-Public Schools, 85 Federal Register, 39,479 (July 1, 2020) (the "Rule"). If this Rule stands, the Department would illegally divert millions of dollars allocated under the CARES Act, H.R. 748 116th Cong., 20 U.S.C. § 3401 note (2020), from public schools serving millions of low-income children to private schools, regardless of the affluence or financial need of their students. This unlawful diversion would have devastating consequences for public school districts struggling to re-open safely and for the students they are trying to protect. The attached brief explains the nature and scope of the harm inflicted by the Department on public school districts and students by its arbitrary and capricious actions.

District courts have "broad discretion" to appoint amicus curiae. *Skokomish Indian Tribe v. Goldmark*, No. C13-5071JLR, 2013 WL 5720053, at *1 (W.D. Wash. Oct. 21, 2013) (*quoting Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)). "District courts frequently welcome amicus briefs from non-parties 'concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Chong Yim v. City of Seattle*, 2018 WL 5825965 at *1 (W.D. Wash. Nov. 7, 2018) (*quoting Skokomish Indian Tribe*,

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
AND IN EXCESS OF APPLICABLE PAGE
LIMITATIONS - 2
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

2013 WL 5720053 at *1 (internal quotation omitted)). The "classic role" of amicus curiae is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). This Court has authorized the filing of amicus briefs in cases that, like this one, concern issues of public importance and raise constitutional questions. *See e.g., Mitchell v. Atkins*, No. 3:19-cv-5106, Dkt. 109, 110 (W.D. Wash. June 30, 2020) (granting third-party advocacy groups' motions for leave to file amicus briefs concerning gun violence prevention); *Rynearson v. Ferguson*, No. 17-cv-05531, Dkt. 51 (W.D. Wash. Oct. 19, 2018) (same concerning First Amendment issues); *Hopper v. Melendez*, No. 05-cv-5680, Dkt. 182 (W.D. Wash. Oct. 23, 2007) (same concerning right to counsel in immigration proceedings).

There is good reason for the Court to exercise its discretion here to permit the Council to file the attached *amicus* brief. Counsel for the proposed *amicus curiae* are familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments. Rather, the Council will draw upon its knowledge of the legislative process and the educational system as well as its members' experience in school communities nationwide to underscore the Rule's unlawfulness and demonstrate the on-going and irreparable harm the Department's actions, including the Rule, have caused and will continue to cause unless enjoined by the Court.

In light of the range and complexity of issues to be addressed and the high stakes for the Council and its members, in addition to the parties, good cause exists to extend the page limits for the attached amicus brief to 24 pages. The Court already has recognized the complexity and importance of this case by granting Plaintiff leave to file a brief 24 pages in length. Because of the urgent need for the parties and other stakeholders, like the Council, to address the matters raised in the Plaintiff's motion, the Council has prepared the attached brief.

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
AND IN EXCESS OF APPLICABLE PAGE
LIMITATIONS - 3
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Finally, the Council, through its counsel, has consulted with the Plaintiff, who consents to the filing of this brief. The Council has conferred with counsel for the Defendants who requested that the Council file its motion before they would decide whether or not to consent. For these reasons, the motion for leave to file the attached *amicus curiae* brief and for leave to file a brief 24 pages in length should be granted.

DATED this 31st day of July, 2020.

PACIFICA LAW GROUP, LLP

By *s/Gregory J. Wong*
Gregory J. Wong, WSBA # 39329
1191 Second Avenue
Suite 2000
Seattle, Washington 98101-3404
Telephone: (206) 245-1700
Greg.Wong@pacificalawgroup.com

HUSCH BLACKWELL LLP

John W. Borkowski (IL Bar No. 6320147)
Mary Deweese (IL Bar No. 6326512)
*Pro hac vice motion forthcoming*
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone: (312) 526-1538
Fax: (312) 655-1501
john.borkowski@huschblackwell.com
mary.deweese@huschblackwell.com

Paige Duggins-Clay (TX Bar No. 24105825)
*Pro hac vice motion forthcoming*
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Phone: (512) 472-5456
Fax: (512) 479-1101
scott.schneider@huschblackwell.com
paige.duggins-clay@huschblackwell.com

Aleksandra O. Rushing (MO Bar No. 68304)
Shmuel B. Shulman (MO Bar No. 71175)

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
AND IN EXCESS OF APPLICABLE PAGE
LIMITATIONS - 4
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

*Pro hac vice motions forthcoming*
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63141
Phone: (314) 345-6275
Fax: (314) 480-1505
aleks.rushing@huschblackwell.com
shmuli.shulman@huschblackwell.com

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
AND IN EXCESS OF APPLICABLE PAGE
LIMITATIONS - 5
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2020, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to all counsel of record.

Dated this 31st day of July, 2020.

*s/ Thien Tran*
Thien Tran, Paralegal/Legal Assistant

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
AND IN EXCESS OF APPLICABLE PAGE
LIMITATIONS - 6
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750