HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BETSY D. DeVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendants. | No. 2:20-cv-01119-BJR<br><br>**[PROPOSED] ORDER** |

On July 31, 2020 *amicus curiae* Council of the Great City Schools ("Council") filed a Motion for Leave to File Amicus Brief which included an administrative request to exceed applicable page limits under the Court's Standing Order for All Civil Cases. The Council requests an additional 9 pages—or 24 pages total—for its brief.

The Court has considered the Council's request to exceed applicable page limits and hereby GRANTS *amicus curiae*'s requests.

Now, therefore, it is ORDERED that:

*Amicus curiae* Council of the Great City Schools shall be granted leave to file its amicus brief up to 24 pages in length.

[PROPOSED] ORDER - 1
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**IT IS SO ORDERED.**

DATED this _____ of _____, 2020

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

*Presented by:*

PACIFICA LAW GROUP, LLP

By *s/Gregory J. Wong*
Gregory J. Wong, WSBA # 39329
1191 Second Avenue
Suite 2000
Seattle, Washington 98101-3404
Telephone: (206) 245-1700
Greg.Wong@pacificalawgroup.com

HUSCH BLACKWELL LLP

John W. Borkowski (IL Bar No. 6320147)
Mary Deweese (IL Bar No. 6326512)
*Pro hac vice motion forthcoming*
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone: (312) 526-1538
Fax: (312) 655-1501
john.borkowski@huschblackwell.com
mary.deweese@huschblackwell.com

Paige Duggins-Clay (TX Bar No. 24105825)
*Pro hac vice motion forthcoming*
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Phone: (512) 472-5456
Fax: (512) 479-1101

[PROPOSED] ORDER - 2
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1  scott.schneider@huschblackwell.com
2  paige.duggins-clay@huschblackwell.com

3  Aleksandra O. Rushing (MO Bar No. 68304)
   Shmuel B. Shulman (MO Bar No. 71175)
4  *Pro hac vice motions forthcoming*
   190 Carondelet Plaza, Suite 600
5  St. Louis, Missouri 63141
   Phone: (314) 345-6275
6  Fax: (314) 480-1505
7  aleks.rushing@huschblackwell.com
   shmuli.shulman@huschblackwell.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 3
Case No. 2:20-cv-01119-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750