The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education; and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>                    Defendants. | Case No. C20-01119-BJR<br><br>DEFENDANTS' NOTICE OF NO OPPOSITION TO THE COUNCIL OF THE GREAT CITY SCHOOLS' MOTION FOR LEAVE TO FILE AMICUS BRIEF |

COMES NOW Defendants, by and through their attorneys, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to the Court's Minute Order directing Defendants to respond no later than Tuesday, August 4, 2020, as to whether they object to the Council of the Great City Schools' Motion for Leave to File Amicus Brief, and file this notice of no opposition.  Dkt. 33.  Defendants have reviewed the Council's motion and proposed amicus brief and do not oppose the motion.

//

DEFENDANTS' NOTICE OF NO OPPOSITION TO THE COUNCIL OF THE GREAT CITY SCHOOLS' MOTION FOR LEAVE TO FILE AMICUS BRIEF – 1 (C20-01119-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 4th day of August, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
E-mail: kristin.b.johnson@usdoj.gov
Attorney for Defendants

DEFENDANTS' NOTICE OF NO OPPOSITION TO THE COUNCIL OF
THE GREAT CITY SCHOOLS' MOTION FOR LEAVE TO FILE AMICUS
BRIEF – 2 (C20-01119-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970