AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| State of Washington<br>*Plaintiff* | )<br>) | |
| v. | ) | Case No.   2:20-cv-1119-BJR |
| Betsy D. DeVos, et al.<br>*Defendant* | )<br>) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  (See attached list of Amici)                                                                                                          .

Date:     08/06/2020

/s/ Eric R. Stahlfeld
*Attorney's signature*

Eric R. Stahlfeld   #22002
*Printed name and bar number*

Freedom Foundation
P.O. Box 552
Olympia, WA 98507

*Address*

EStahlfeld@freedomfoundation.com
*E-mail address*

(360) 956-3482
*Telephone number*

(360) 352-1874
*FAX number*

## LIST OF AMICI

Council for American Private Education
National Catholic Educational Association
Agudath Israel of America
Council of Islamic Schools in North America
Association of Christian Schools International
Association of Christian Teachers and Schools
WELS Commission on Lutheran Schools
Washington Catholic Conference
Washington Federation of Independent Schools
American Federation for Children
EdChoice
Catholic Education Partners
Washington Policy Center
California Catholic Conference
Colorado Catholic Conference
Colorado Association of Private Schools
Indiana Non-Public Education Association
Michigan Catholic Conference
Michigan Association of Non-Public Schools
Midsouth Association of Independent Schools
Catholic Conference of Oklahoma
Pennsylvania Affiliate of the Council for American Private Education
Texas Private Schools Association
Wisconsin Council of Religious & Independent Schools
Wisconsin Catholic Conference
School Choice Wisconsin Action
Goldwater Institute
California Policy Center
James Madison Institute
Liberty Justice Center
Mackinac Center for Public Policy
Great Lakes Education Foundation
Mississippi Center for Public Policy
Nevada Policy Research Institute
Rio Grande Foundation
Roughrider Policy Center
Buckeye Institute
Commonwealth Foundation
School Choice Wisconsin