|   |   |   |
|---|---|---|
| | | The Honorable Barbara J. Rothstein |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-01119-BJR |
| Plaintiff, | NOTICE OF PENDENCY OF OTHER ACTION |
| v. | |
| BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education; and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency, | |
| Defendants. | |

Pursuant to LCR 3(h), Plaintiff State of Washington submits this Notice of Pendency of Other Action.

***Council of Parent Attorneys and Advocates, Inc. v. DeVos, et al.*, No. 1:20-cv-02310 (United States District Court for the District of Maryland)**

On August 10, 2020, the Council of Parent Attorneys and Advocates, Inc. (COPAA) filed a lawsuit against Secretary DeVos and the Department of Education (Department) in the United States District Court for the District of Maryland. The plaintiff challenges the Department's interim final rule of July 1, 2020, relating to the funding of services under section 18005 of the CARES Act. The plaintiff seeks declaratory and injunctive relief based on violations of the Administrative Procedure Act. The plaintiff does not raise constitutional claims.

COPAA is not a plaintiff in Washington's case before this Court, and COPAA is not a direct recipient of emergency funding under sections 18002 or 18003 of the CARES Act.

NOTICE OF PENDENCY OF OTHER
ACTION
NO. 2:20-cv-01119-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Washington submits that transfer should not be effected pursuant to 28 U.S.C. § 1407 (Multi District Litigation Procedures). Transfer of this proceeding to a different jurisdiction would inconvenience the parties and witnesses, who all, for Washington's case, reside in this Court's jurisdiction. Given the more advanced procedural posture in this case (*i.e.*, briefing has been completed and a hearing has been held on Washington's motion for preliminary injunction), and the fact that COPAA has not yet moved for a preliminary injunction, transfer would unduly delay Washington's case. Coordination between the actions would not avoid conflicts, conserve resources, or promote a just or efficient determination of the action pending before this Court.

DATED this 17th day of August, 2020.

ROBERT W. FERGUSON
Attorney General

*s/ Paul M. Crisalli*
PAUL M. CRISALLI, WSBA #40681
SPENCER W. COATES, WSBA #49683
JEFFREY T. SPRUNG, WSBA #23607
R. JULY SIMPSON, WSBA #45869
BRIAN H. ROWE, *Pro Hac Vice*
Assistant Attorneys General
paul.crisalli@atg.wa.gov
spencer.coates@atg.wa.gov
jeff.sprung@atg.wa.gov
july.simpson@atg.wa.gov
brian.rowe@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

NOTICE OF PENDENCY OF OTHER ACTION
NO. 2:20-cv-01119-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744