1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ROBERT W. FERGUSON
*Attorney General*

PAUL M. CRISALLI, WSBA #40681
BRIAN H. ROWE, *Pro Hac Vice*
R. JULY SIMPSON, WSBA #45869
JEFFREY T. SPRUNG, WSBA #23607
SPENCER W. COATES, WSBA #49683
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>         Plaintiff,<br><br>   v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education; and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>         Defendants. | NO. 2:20-cv-01119-BJR<br><br>NOTICE OF DECISION IN RELATED CASE |

      The State of Washington gives notice of the District Court's August 26, 2020, Order Re Preliminary Injunction in *Michigan v. DeVos*, No. 3:20-cv-04478-JD (N.D. Cal.), a copy of which is attached. In this decision, the Court entered a preliminary injunction prohibiting the U.S. Department of Education from implementing or enforcing the same agency action challenged by Washington against the plaintiffs in that case.

NOTICE OF DECISION IN RELATED
CASE
NO. 2:20-cv-01119-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1      DATED this 28th day of August 2020.

2                                  ROBERT W. FERGUSON
                                  Attorney General

3

4                                  *s/ Jeffrey T. Sprung*
                                  PAUL M. CRISALLI, WSBA #40681

5                                  BRIAN H. ROWE, *Pro Hac Vice*
                                  R. JULY SIMPSON, WSBA #45869

6                                  JEFFREY T. SPRUNG, WSBA #23607
                                  SPENCER W. COATES, WSBA #49683

7                                  Assistant Attorneys General
                                  800 Fifth Avenue, Suite 2000

8                                  Seattle, WA 98104-3188
                                  (206) 464-744

9                                  paul.crisalli@atg.wa.gov
                                  brian.rowe@atg.wa.gov

10                                july.simpson@atg.wa.gov
                                jeff.sprung@atg.wa.gov

11                                spencer.coates@atg.wa.gov
                                *Attorneys for Plaintiff State of Washington*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF DECISION IN RELATED
CASE
NO. 2:20-cv-01119-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

## **DECLARATION OF SERVICE**

2

I hereby declare that on this day I caused the foregoing document to be electronically

3

filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of

4

this document upon all counsel of record.

5

DATED this 28th day of August 2020, at Seattle, Washington.

6

7

*s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF DECISION IN RELATED
CASE
NO. 2:20-cv-01119-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744