ROBERT W. FERGUSON
*Attorney General*

PAUL M. CRISALLI, WSBA #40681
BRIAN H. ROWE, WSBA #56817
R. JULY SIMPSON, WSBA #45869
JEFFREY T. SPRUNG, WSBA #23607
SPENCER W. COATES, WSBA #49683
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the United States Department of Education; and the UNITED STATES DEPARTMENT OF EDUCATION, a federal agency,<br><br>Defendants. | NO. 2:20-cv-01119-BJR<br><br>PLAINTIFF STATE OF WASHINGTON'S MOTION TO RECONSIDER THE OCTOBER 26, 2020 MINUTE ORDER AND TO ENTER JUDGMENT FOR WASHINGTON |

## I.    INTRODUCTION

This Court issued a preliminary injunction enjoining the Defendants' April 30, 2020 Guidance (April Guidance) and July 1, 2020 interim final rule (IFR). The Court's October 26, 2020 minute order dismissing this case supersedes that preliminary injunction. While there is a decision from the District of Columbia vacating the IFR in *NAACP v. DeVos*, No. 20-cv-1996 (DLF), 2020 WL 5291406 (D.D.C. Sept. 4, 2020), Washington's interests are not sufficiently protected by that decision, where enforcement of that decision imposes additional steps on Washington to file a new case and bring emergency motions, as compared to simply enforcing

PLAINTIFF STATE OF WASHINGTON'S
MOTION TO RECONSIDER THE
OCTOBER 26, 2020 MINUTE ORDER
AND TO ENTER JUDGMENT FOR
WASHINGTON
NO. 2:20-cv-01119-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

its own judgment. With approximately two months still left in the current administration, Washington prefers to have its own judgment in the event it needs to seek enforcement. The Court should withdraw its October 26, 2020 minute order and convert the preliminary injunction into a final judgment in favor of Washington.

## II. FACTS

In July 2020, Washington filed suit against the Defendants, challenging the April Guidance and the IFR, which interpreted the CARES Act provisions for providing funding to primary and secondary education. ECF # 1. This Court preliminary enjoined both the April Guidance and the IFR on August 21, 2020. ECF # 54 at p. 21.

On September 4, 2020, the United States District Court for the District of Columbia entered a summary judgment order vacating the IFR. *NAACP*, 2020 WL 5291406. Following that decision, after a status conference addressing the impact of the case, Washington moved for summary judgment. ECF # 64. Defendants did not notify the Court whether they intended to appeal, as this Court ordered, and Defendants have submitted no response to the summary judgment motion. The Defendants ultimately publicly indicated that they would not appeal the District of Columbia district court's summary judgment decision. On October 9, the Department issued Guidance (October Guidance) that recognized the vacatur of the rule but also included similar, if not identical provisions as in the April Guidance.[1]

Washington and other Plaintiff States have had discussions with Defendants about the possibility of an agreed judgment. During those discussions, this Court entered a minute order dismissing the case, finding that the District of Columbia district court's decision had effectively enjoined the rule at issue in this case. ECF # 65. Washington now brings this motion to withdraw that order and convert its preliminary injunction into a final judgment.[2]

---

[1] Available at https://oese.ed.gov/files/2020/10/Providing-Equitable-Services-under-the-CARES-Act-Programs-Update-10-9-2020.pdf (last accessed Nov. 9, 2020).
[2] The Defendants informed the Washington that their position is: "the claim presented in this case is moot because Plaintiff has received all the relief requested in its Complaint. There is, therefore, no reason for the Court

PLAINTIFF STATE OF WASHINGTON'S
MOTION TO RECONSIDER THE
OCTOBER 26, 2020 MINUTE ORDER
AND TO ENTER JUDGMENT FOR
WASHINGTON
NO. 2:20-cv-01119-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## III.    ARGUMENT

When this Court preliminarily enjoined the April Guidance and the IFR, it made clear its views on Defendants' legal errors. As the Court is aware, other courts came to similar conclusions. When this Court dismissed the case as moot because of those decisions, it superseded its preliminary injunction order. While there is a final order from another court vacating the IFR, Washington was not a party to that case. With this case now dismissed and no preliminary injunction in force, Washington would have to file a new suit and engage in motions practice if the Defendants fail to follow the terms of the District of Columbia's decision. This means that Washington would have to pass unnecessary hurdles, particularly where there is about two months left until a change in administrations.

Consequently, Washington respectfully requests that the Court enter judgment in this case. In that case, if Defendants fail to follow the Court's ruling, Washington has a quicker and easier process to seek enforcement of the judgment. Fed. R. Civ. P. 70; *see California v. Azar*, 911 F.3d 558, 583–84 (9th Cir. 2018), *cert. denied sub nom. Little Sisters of the Poor Jeanne Jugan Residence v. California,* 139 S. Ct. 2716, 204 L. Ed. 2d 1111 (2019) (explaining need for district court to address claims despite an injunction in another circuit). Accordingly, because this Court has already engaged in the legal analysis, the Court should reconsider its order dismissing the case and enter a judgment in favor of Washington that enjoins the April Guidance and IFR.

## IV.    CONCLUSION

The Court should withdraw its October 26 minute order dismissing the case and enter judgment for Washington.

---

to reconsider its dismissal; should Plaintiff proceed with filing such a motion, please indicate that Defendants oppose on the ground that the case is moot."

PLAINTIFF STATE OF WASHINGTON'S
MOTION TO RECONSIDER THE
OCTOBER 26, 2020 MINUTE ORDER
AND TO ENTER JUDGMENT FOR
WASHINGTON
NO. 2:20-cv-01119-BJR

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    DATED this 9th day of November 2020.

2                                        ROBERT W. FERGUSON
                                         Attorney General
3

4                                        s/ Paul M. Crisalli
                                         PAUL M. CRISALLI, WSBA #40681
5                                        BRIAN H. ROWE, WSBA #56817
                                         R. JULY SIMPSON, WSBA #45869
6                                        JEFFREY T. SPRUNG, WSBA #23607
                                         SPENCER W. COATES, WSBA #49683
7                                        Assistant Attorneys General
                                         800 Fifth Avenue, Suite 2000
8                                        Seattle, WA 98104-3188
                                         (206) 464-744
9                                        paul.crisalli@atg.wa.gov
                                         brian.rowe@atg.wa.gov
10                                       july.simpson@atg.wa.gov
                                         jeff.sprung@atg.wa.gov
11                                       spencer.coates@atg.wa.gov
                                         Attorneys for Plaintiff State of Washington
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF STATE OF WASHINGTON'S          4          ATTORNEY GENERAL OF WASHINGTON
MOTION TO RECONSIDER THE                                Complex Litigation Division
OCTOBER 26, 2020 MINUTE ORDER                            800 5th Avenue, Suite 2000
AND TO ENTER JUDGMENT FOR                                     Seattle, WA 98104
WASHINGTON                                                     (206) 464-7744
NO. 2:20-cv-01119-BJR

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 9th day of November 2020, at Seattle, Washington.

*s/ Paul M. Crisalli*
PAUL M. CRISALLI, WSBA #40681
Assistant Attorney General

PLAINTIFF STATE OF WASHINGTON'S
MOTION TO RECONSIDER THE
OCTOBER 26, 2020 MINUTE ORDER
AND TO ENTER JUDGMENT FOR
WASHINGTON
NO. 2:20-cv-01119-BJR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744